UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY JONES,

    Plaintiff,

v.

YVONNA ABRAHAM, et al.,

    Defendants.

Case No. 25-cv-11589

Honorable Robert J. White

## ORDER OF DISMISSAL FOR LACK OF PROSECUTION

On November 19, 2025, the Court ordered Plaintiff to show cause why the complaint should not be dismissed pursuant to E.D. Mich. L.R. 41.2 for lack of prosecution.[1] (ECF No. 9). Plaintiff has not responded to the Court's order, and the time to do so has expired.  Accordingly,

---

[1] L.R. 41.2 states:

> [W]hen it appears . . . that the parties have taken no action for a reasonable time, the court may, on its own motion after reasonable notice or on application of a party, enter an order dismissing or remanding the case unless good cause is shown.

2

IT IS ORDERED that the complaint is dismissed pursuant to E.D. Mich. L.R. 41.2 for lack of prosecution.

Dated: December 16, 2025                    s/Robert J. White                    
                                            Robert J. White
                                            United States District Judge